

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00398-CV

TRAVIS RAY WILLINGHAM, Appellant § On Appeal from the 362nd District Court

§ of Denton County (22-2636-362)

V.

§ July 13, 2023

SARA LYNNE WILLINGHAM, Appellee § Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $12,000 spousal-support award, the $5,875 attorney's fees award, and the award of $630 in costs. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that Appellant Travis Ray Willingham must pay one-half of all costs of this appeal and that Appellee Sara Lynne Willingham must pay one-half of all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr